# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

E. Mishan & Sons, Inc.,

Plaintiff.

**-v-**

Kristina M. Heick and Robert R. Heick II,
d/b/a Heick Enterprises,

Defendant.

Case No.

**Rule 7.1 Statement**

RECEIVED
JUN 11 2008
U.S.D.C.
CASHIERS

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

E. Mishan & Sons, Inc.        (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:**   June 11, 2008

Signature of Attorney

**Attorney Bar Code:**   AN1306