AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**Southern** District of **New York**

E. Mishan & Sons, Inc.,

V.

Kristina M. Heick and Robert R. Heick II, d/b/a Heick Enterprises,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08-CIV-5343

**TO:** (Name and address of Defendant)

Robert R. Heick II
14306 NE 53rd Street, Vancouver, Washington 98682-6080

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Angelo Notaro, Esq.
Notaro & Michalos P.C.
1270 Broadway, Suite 807
New York, NY 10001-3224

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUN 1 1 2008

**J. MICHAEL McMAHON**

CLERK _(signature)_    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8/1/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| James J. Fowler | Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: At the subject's jobsite in the 9200 Block of NE Alderwood Road, Portland, OR.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/1/08
             Date                    Signature of Server

16420 SE McGillivray #103-362, Vancouver, WA 98683
                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.