## CERTIFICATE / AFFIDAVIT OF SERVICE / NON-SERVICE

State of New York                       Court Case #08 CIV 5343
Southern District Court                 J137-1144

I hereby certify that I received the within summons, complaint, civil cover sheet, rule 7.1 statement, and electronic case filing rules and regulations on July 18, 2008, from Vancouver Legal Messengers. Instructions from the client were that the summons and accompanying paperwork were to be served upon Robert Heick and Kristina Heick in person if possible, as the previous company had been unsuccessful in multiple attempts at service.

The first attempt at service was made at the subject's residence, located at 14306 NE 53rd Street, Vancouver, WA 98682, on July 24th, 2008, at approximately 1720 in the afternoon. Inquiries at the door were unanswered, and service was not completed.

The investigator was again onsite at the subject's residence on the morning of July 25th, 2008, however no changes were noted and service was not completed.

The investigator returned to the residence on July 29th, 2008, and conducted surveillance of the residence in the morning, however the subjects were not visible outside the residence, although several changes were noted at the residence. The investigator returned to the residence in the evening at approximately 1815 to attempt to complete service. The investigator spoke briefly with a female subject through the garage, however this female subject claimed to be the sister of Kristina Heick. A male subject was also partially observed on this date, and was determined to be Robert Heick on a later date. The investigator believes that the female subject was likely Kristina Heick, and she provided false information to avoid service.

On August 1st, 2008, the investigator returned to the Heick residence in the morning to attempt to complete service to Kristina Heick after successfully completing service to her husband at a job site earlier in the morning. Inquiries to the front door of the residence at approximately 0900 went unanswered, although morning surveillance of the residence led the investigator to believe that the house was occupied. The investigator returned to the residence at approximately 1500 in the afternoon, however inquiries to the residence again went unanswered.

On August 4th, 2008, the investigator again returned to the residence in the morning. An attempt was made at the front door, but again there was no answer. The investigator noted that lights were on in the residence and it appeared occupied. At this time the investigator affixed the summons and accompanying paperwork to the front screen door in a conspicuous place at the client's request.

On August 6th, 2008, complete copies of the served paperwork were mailed via certified mail to Kristina Heick at her address of 14306 NE 53rd Street, Vancouver, WA 98682.

   Note:  Defendant Avoiding Service

I hereby declare that the above statement is true to the best of my knowledge and belief and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

I am a competent person over 18 years of age and a licensed private investigator in the states of Washington and Oregon.  I am not a party to, nor an officer, director or employee of, nor attorney for any party.

Signed this date: _8 / 11 / 08_____

By: _James J. Fowler / James J. Fowler_

Subscribed and sworn to before me on _____, Clark County, Washington.

My commission expires: _____Signature: _____

Notary public, State of Washington, County of Clark.