AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                    District of                    New York

E. Mishan & Sons, Inc.,

**SUMMONS IN A CIVIL ACTION**

V.

Kristina M. Heick and Robert R. Heick II, d/b/a Heick Enterprises,

CASE NUMBER:

08 CIV 5343

TO: (Name and address of Defendant)

Kristina M. Heick
14306 NE 53rd Street, Vancouver, Washington 98682-6080

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Angelo Notaro, Esq.
Notaro & Michalos P.C.
1270 Broadway, Suite 807
New York, NY 10001-3224

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUN 1 1 2008

CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8/4/08 |
| NAME OF SERVER (PRINT) James J. Fowler | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Service was made by attaching summons and documents to the subjects front door after repeated attempts to serve her at the residence as follows: 7/29/08: A female at the residence claimed to be Kristin Heid's sister. 8/1/08: Attempts at the front door in the morning and afternoon are unanswered. 8/4/08: An attempt at the front door in the morning is unanswered. Service is affixed to the front door in a conspicuous place at approximately 1502 hours.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/4/08
                    Date

Signature of Server

16920 SE McGillivray #103-362, Vancouver, WA 98683
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.