AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

### APPEARANCE

Case Number:   08 Civ. 5343 (BSJ)
ECF Case

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Kristina M. Heick and Robert R. Heick, II,
d/b/a Heick Enterprises, Defendants.

I certify that I am admitted to practice in this court.

| August 18, 2008 | /s/ Leonard D. DuBoff |
|---|---|
| Date | Signature |
| | Leonard D. DuBoff          OSB #774378 |
| | Print Name                      Bar Number |
| | 6665 SW Hampton St., Ste. 200 |
| | Address |
| | Portland,          OR          97223 |
| | City          State          Zip Code |
| | 503-968-8111          503-968-7228 |
| | Phone Number          Fax Number |