**Leonard D. DuBoff, NYB#LD4105**
lduboff@dubofflaw.com
The DuBoff Law Group, LLC
6665 SW Hampton Street, Suite 200
Portland, OR  97223-8357
Telephone: (503) 968-8111
Facsimile: (503) 968-7228

Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **E. MISHAN & SONS, INC.,** | **Civil No. 08 CV 5343 (BSJ)** |
| Plaintiff, | **ECF Case** |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| **KRISTINA M. HEICK and ROBERT R. HEICK II, d/b/a HEICK ENTERPRISES,** | |
| Defendants. | |

Defendants, Kristina M. Heick and Robert R. Heick ("Heicks"), submit the following

Unopposed Motion for Extension of Time to File a Responsive Pleading:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**1 – UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

## MOTION

Pursuant to Fed. R. Civ. P. 6(b), Defendants move the court for a thirty day extension of time in which to file their response to plaintiff's complaint.  Plaintiff consents to the extension. This motion is supported by the Memorandum of Law and Affirmation of Leonard D. DuBoff submitted herewith.

DATED: August 19, 2008

THE DUBOFF LAW GROUP, LLC

_____
Leonard D. DuBoff, NYB#LD4105
lduboff@dubofflaw.com
6665 SW Hampton St., Ste. 200
Portland, OR 97223
Telephone: (503) 968-8111
Facsimile: (503) 968-7228

Attorney for Defendants Kristina Heick
and Robert Heick II, d/b/a Heick Enterprises