**Leonard D. DuBoff, NYB#LD4105**
lduboff@dubofflaw.com
The DuBoff Law Group, LLC
6665 SW Hampton Street, Suite 200
Portland, OR  97223-8357
Telephone: (503) 968-8111
Facsimile: (503) 968-7228

Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. MISHAN & SONS, INC., | Civil No. 08 CV 5343 (BSJ) |
| | ECF Case |
| Plaintiff, | |
| | MEMORANDUM IN SUPPORT OF |
| v. | MOTION FOR EXTENSION OF TIME |
| | TO FILE RESPONSIVE PLEADING |
| KRISTINA M. HEICK and ROBERT R. HEICK II, d/b/a HEICK ENTERPRISES, | |
| Defendants. | |

Defendants, Kristina M. Heick and Robert R. Heick ("Heicks"), submit the following Memorandum in Support of their Unopposed Motion for Extension of Time to File a Responsive Pleading:

The complaint in this case was served on Robert Heick on July 31, 2008.  Affirmation of Leonard D. DuBoff in Support of Motion for Extension ("DuBoff Affn."), at ¶ 3.  Pursuant to Fed. R. Civ. P. 12(a)(1)(A), a responsive pleading would be due on August 20, 2008. *Id.* ¶ 4. Plaintiff has consented to an extension of that deadline to September 19, 2008. *Id.* ¶ 5.  There have been no previous requests for extensions in this matter, and there are no scheduled dates that this extension could interfere with. *Id* at ¶ 6.

////

////

////

1 – MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

For the reasons stated above, Defendants respectfully request that the court grant their motion for extension of time for filing a responsive pleading to September 19, 2008.

DATED: August 19, 2008

THE DUBOFF LAW GROUP, LLC

*[signature]*

Leonard D. DuBoff, NYB#LD4105
lduboff@dubofflaw.com
6665 SW Hampton St., Ste. 200
Portland, OR 97223
Telephone: (503) 968-8111
Facsimile: (503) 968-7228

Attorney for Defendants Kristina Heick
and Robert Heick II, d/b/a Heick Enterprises

2 – MEMORANDUM IN SUPPORT OF MOTION FOR
EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

The DuBoff Law Group, LLC
6665 S.W. Hampton Street, 2nd Fl.
Portland, Oregon 97223-8357
Telephone (503) 968-8111